**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1097**

———————

In Re: A. H. ROBINS COMPANY, INCORPORATED,

                                                        Debtor.

———————————————

VALERIA GRIFFIN; DEBBIE KING,

                                        Claimants - Appellants,

        versus

DALKON SHIELD CLAIMANTS TRUST,

                                        Trust - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge; Robert R. Merhige, Jr., Senior District Judge; Blackwell N. Shelley, Bankruptcy Judge.  (CA-85-1307-R)

———————

Submitted:  June 22, 1999            Decided:  July 15, 1999

———————

Before WIDENER, HAMILTON, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James F. Szaller, BROWN & SZALLER, CO., L.P.A., Cleveland, Ohio, for Appellants.  Orran L. Brown, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Valeria Griffin and Debbie King appeal the district court's order denying their motion to vacate the arbitrator's decision denying their respective Dalkon Shield claims.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See In re: A. H. Robins Co. (Griffin v. Dalkon Shield Trust), No. CA-85-1307-R (E.D. Va. Jan. 8, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED